```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 17293
   EUGENE J ZURAWSKI
   CHERYL A ZURAWSKI                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4590    SSN XXX-XX-8189

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/02/2005 and was confirmed 06/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.30%.

     The case was paid in full 10/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
--------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         9061.81        .00       1114.73
CHASE MANHATTAN MORTGAGE   CURRENT MORTG       .00          .00          .00
CITIZENS BANK              SECURED NOT I       .00          .00          .00
SCHOTTLER & ZUKOSKY        PRIORITY        NOT FILED        .00          .00
RESURGENT ACQUISITION LL   UNSECURED         3016.90        .00        371.13
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00          .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00          .00
ECAST SETTLEMENT CORP      UNSECURED         4397.84        .00        540.99
CHASE MANHATTAN BANK       UNSECURED       NOT FILED        .00          .00
KOHLS                      UNSECURED         1173.10        .00        144.30
ECAST SETTLEMENT CORP      UNSECURED         2895.02        .00        356.13
NORTHERN LEASING SYSTEM    UNSECURED OTH      806.00        .00         96.72
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY       1,994.00                 1,994.00
TOM VAUGHN                 TRUSTEE                                      291.69
DEBTOR REFUND              REFUND                                     3,450.31

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              8,360.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                     2,624.00
ADMINISTRATIVE                                1,994.00
TRUSTEE COMPENSATION                            291.69
DEBTOR REFUND                                 3,450.31
                     --------------         --------------
TOTALS               8,360.00                 8,360.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 17293 EUGENE J ZURAWSKI & CHERYL A ZURAWSKI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```